# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, et al.,[1] | Case No. 17-12560 (JKS) |
| Remaining Debtors. | (Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estate of Woodbridge Group of Companies, LLC, et al., | |
| Plaintiff, | |
| v. | |
| Sylvan & Jeannette Jutte, | Adv. Proc. Case No. 19-50308 (JKS) |
| Brian & Robin Korkus, | Adv. Proc. Case No. 19-50309 (JKS) |
| Delton & Jean Christman, | Adv. Proc. Case No. 19-50314 (JKS) |
| Floyd & Lavonne Davis, | Adv. Proc. Case No. 19-50317 (JKS) |
| George & Charlene Iwahiro, | Adv. Proc. Case No. 19-50319 (JKS) |
| Toomas & Pamela Heinmets, | Adv. Proc. Case No. 19-50322 (JKS) |
| Janet V. Dues, | Adv. Proc. Case No. 19-50328 (JKS) |
| Dena Falkenstein, | Adv. Proc. Case No. 19-50329 (JKS) |
| Judy Karen Goodin, | Adv. Proc. Case No. 19-50330 (JKS) |
| Denis W. Hueth, | Adv. Proc. Case No. 19-50331 (JKS) |
| Christian Lester, | Adv. Proc. Case No. 19-50332 (JKS) |
| Jane Marshall, | Adv. Proc. Case No. 19-50335 (JKS) |
| Laurence J. Nakasone, | Adv. Proc. Case No. 19-50337 (JKS) |
| Blaine Phillips, | Adv. Proc. Case No. 19-50338 (JKS) |
| George Edward Sargent, | Adv. Proc. Case No. 19-50340 (JKS) |
| Jeff Schuster, | Adv. Proc. Case No. 19-50341 (JKS) |
| Jennifer Tom, | Adv. Proc. Case No. 19-50342 (JKS) |
| Anita Bedoya & Mark Bedoya, | Adv. Proc. Case No. 19-50343 (JKS) |
| Anita Bedoya & Julian Duran, | Adv. Proc. Case No. 19-50344 (JKS) |
| Ronald Cole, | Adv. Proc. Case No. 19-50346 (JKS) |
| Ronald Draper, | Adv. Proc. Case No. 19-50347 (JKS) |
| Lawrence J. Paynter, | Adv. Proc. Case No. 19-50351 (JKS) |

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

| | |
|---|---|
| Nannette Tibbitts, | Adv. Proc. Case No. 19-50353 (JKS) |
| Clayton Nakasone, | Adv. Proc. Case No. 19-50832 (JKS) |
| Defendants. | |

**ORDER APPROVING STIPULATION REGARDING BRIEFING ON THE DEFENDANTS' MOTION TO TEMPORARILY STAY THE PROSECUTION OF THEIR COMPLAINTS PENDING THE DETERMINATION OF DISTRIBUTIONS TO CLASS 3 NOTE CLAIMANTS UNDER THE CONFIRMED PLAN**

Upon consideration of the Certification of Counsel; and upon review of such certification and the parties' *Stipulation Regarding Briefing on the Defendants' Motion to Temporarily Stay the Prosecution of Their Complaints Pending the Determination of Distributions to Class 3 Note Claimants Under the Confirmed Plan* attached hereto as **Exhibit 1** (the "Stipulation"); and good and sufficient cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The Stipulation is approved.

2. This Court shall have exclusive jurisdiction and power to resolve any dispute arising out of, relating to, or deriving from the Stipulation and has the jurisdiction and power to enter a final order thereon.

Dated: June 9th, 2021
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE

**Exhibit 1 to Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, et al.,[1] | Case No. 17-12560 (JKS) |
| | (Jointly Administered) |
| Remaining Debtors. | |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estate of Woodbridge Group of Companies, LLC, et al., | |
| Plaintiff, | |
| v. | |
| Sylvan & Jeannette Jutte, | Adv. Proc. Case No. 19-50308 (JKS) |
| Brian & Robin Korkus, | Adv. Proc. Case No. 19-50309 (JKS) |
| Delton & Jean Christman, | Adv. Proc. Case No. 19-50314 (JKS) |
| Floyd & Lavonne Davis, | Adv. Proc. Case No. 19-50317 (JKS) |
| George & Charlene Iwahiro, | Adv. Proc. Case No. 19-50319 (JKS) |
| Toomas & Pamela Heinmets, | Adv. Proc. Case No. 19-50322 (JKS) |
| Janet V. Dues, | Adv. Proc. Case No. 19-50328 (JKS) |
| Dena Falkenstein, | Adv. Proc. Case No. 19-50329 (JKS) |
| Judy Karen Goodin, | Adv. Proc. Case No. 19-50330 (JKS) |
| Denis W. Hueth, | Adv. Proc. Case No. 19-50331 (JKS) |
| Christian Lester, | Adv. Proc. Case No. 19-50332 (JKS) |
| Jane Marshall, | Adv. Proc. Case No. 19-50335 (JKS) |
| Laurence J. Nakasone, | Adv. Proc. Case No. 19-50337 (JKS) |
| Blaine Phillips, | Adv. Proc. Case No. 19-50338 (JKS) |
| George Edward Sargent, | Adv. Proc. Case No. 19-50340 (JKS) |
| Jeff Schuster, | Adv. Proc. Case No. 19-50341 (JKS) |
| Jennifer Tom, | Adv. Proc. Case No. 19-50342 (JKS) |
| Anita Bedoya & Mark Bedoya, | Adv. Proc. Case No. 19-50343 (JKS) |
| Anita Bedoya & Julian Duran, | Adv. Proc. Case No. 19-50344 (JKS) |
| Ronald Cole, | Adv. Proc. Case No. 19-50346 (JKS) |
| Ronald Draper, | Adv. Proc. Case No. 19-50347 (JKS) |
| Lawrence J. Paynter, | Adv. Proc. Case No. 19-50351 (JKS) |
| Nannette Tibbitts, | Adv. Proc. Case No. 19-50353 (JKS) |

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

| Clayton Nakasone, | Adv. Proc. Case No. 19-50832 (JKS) |
|---|---|
| Defendants. | |

**STIPULATION REGARDING BRIEFING ON THE DEFENDANTS' MOTION TO TEMPORARILY STAY THE PROSECUTION OF THEIR COMPLAINTS PENDING THE DETERMINATION OF DISTRIBUTIONS TO CLASS 3 NOTE CLAIMANTS UNDER THE CONFIRMED PLAN**

WHEREAS, on May 10, 2021, the defendants in the above-captioned adversary proceedings (the "Movants") filed the *Defendants' Motion to Temporarily Stay the Prosecution of Their Complaints Pending the Determination of Distributions to Class 3 Note Claimants under the Confirmed Plan* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

IT IS HEREBY STIPULATED AND AGREED, by and between the parties for the undersigned counsel as follows:

(1) the time for plaintiff, the Woodbridge Liquidation Trust (the "Trust") to file a response to the Motion shall be **June 23, 2021**; and

(2) the time for the Movants to file a reply shall be **July 14, 2021**; and

(3) the parties reserve all rights to request oral argument on the Motion.

STIPULATED AND AGREED:

Dated:  June 8, 2021

| PACHULSKI STANG ZIEHL & JONES LLP | LAW OFFICE OF CURTIS A. HEHN |
|---|---|
| */s/ Colin R. Robinson* | */s/ Curtis A. Hehn* |
| Bradford J. Sandler (DE Bar No. 4142)<br>Andrew W. Caine (CA Bar No. 110345)<br>Colin R. Robinson (DE Bar No. 5524)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: bsandler@pszjlaw.com<br>　　　acaine@pszjlaw.com<br>　　　crobinson@pszjlaw.com | Curtis A. Hehn (DE Bar No. 4264)<br>1007 N. Orange Street, 4th Floor<br>Wilmington, DE  19801<br>Telephone:  (302) 757-3491<br>Facsimile:   (302) 295-4801<br>Email: curtishehn@comcast.net<br><br>*Counsel to Movants* |
| *Counsel to Plaintiff* | |